IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | MO:25-CR-00012-DC |
| (1) RYELL PRIDE | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin (Doc. 41) concerning Defendant Ryell Pride's Motion to Withdraw Guilty Plea (Doc. 34). Pursuant to 28 U.S.C. § 636(b) and Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on June 13, 2025 (*Id.*). As of the date of this Order, neither party has filed objections.

Under 28 U.S.C. § 636(b), a party who files specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days is entitled to *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no party has filed timely objections, the Court reviews the report and recommendation for clear error, finding none.

The Court finds that the Carr factors support allowing Pride to withdraw his guilty plea. *United States v. Carr*, 740 F.2d 339, 343–44 (5th Cir. 1984) (citing *United States v. Morrow*, 537 F.2d 120, 146 (5th Cir. 1976)). Pride may therefore withdraw the plea. The Report and

2

Recommendation is **ADOPTED**, and the underlying Motion to Withdraw Guilty Plea is **GRANTED**.

It is so **ORDERED**.

SIGNED this 30th day of June, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE